UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                   PLAINTIFF

vs.                      CRIMINAL ACTION NO. 3:15CR-00058-R

CYNTHIA ALLEN, ET AL.                                    DEFENDANT

**SENTENCING MEMORANDUM**
**(Electronically filed)**

Now comes the defendant, by counsel, James A. Earhart, and on behalf of Borden and submits the following:

1. The Guideline calculation results in a total offense level of 17 and a criminal history category I, the guideline imprisonment range is 24 - 30 months, plus 24 months consecutive (Count 5). PSR ¶ 91, 93.

2. The parties have agreed that a sentence of 24 months and 1 day is the appropriate sentence in this case. (Plea Agreement ¶ 10).

3. Allen has no prior unrelated criminal history. Allen has already served and completed five (5) years probation on the related underlying state charges. PSR ¶ 59.

4. Allen is a 29 year old single mother of 4 children - - Demrion 10; Princeton 3; Imani 1; and Kingston 3 months. Two of her children suffer from physical handicaps and Allen is the sole means of care and support for all 4 children and does not receive assistance from any of the children's fathers. Allen has no immediate family willing to assume for the care of her children in her absence. Princeton suffers from osteogenesis imperfectaorm - - a genetic bone disorder

characterized by fragile bones that break easily. It is also known as "brittle bone disease." Kingston was born several months premature and suffers from blood and cardiovascular disorders that have required extensive hospital stays and surgery.

    5. Allen recognizes that Count 5 carries a term of imprisonment of 2 years consecutive to any other sentence. Allen would ask the court to consider a sentence of home incarceration in lieu of imprisonment as an alternative sentence under these extreme circumstances.

    WHEREFORE the defendant respectfully requests that the court sentence Allen to 24 months and 1 day to be served on home incarceration with electronic monitoring and to allow work and medical release for the care of her family.

    Respectfully submitted

/S/ James A. Earhart
James A. Earhart
2819 Seventh Street Road
Louisville Kentucky 40215
502-599-6864

## Certificate of Service

I hereby certify that a true and accurate copy of this Sentencing Memorandum was sent electronically this the 7th day of NOVEMBER 2017, to all counsel of record.

/S/ James A. Earhart
James A. Earhart