UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:15-CR-00058-TBR
*Electronically filed*

CYNTHIA ALLEN                                                                         DEFENDANT

## SENTENCING MEMORANDUM

Comes the United States, by counsel, and for its Response to Defendant Cynthia Allen's ("Allen") Sentencing Memorandum states as follows:

Allen filed a Sentencing Memorandum requesting the Court to sentence her to 24 months of home incarceration. (DN 104). Pursuant to 18 U.S.C. § 1028A and the United States Sentencing Guidelines Section 2B1.6(A), Allen is ineligible for home incarceration. 18 U.S.C. § 1028A states "[w]hoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, **be sentenced to a term of imprisonment of 2 years**." (Emphasis added). In addition, U.S.S.G. § 2B1.6 states, "Section 1028A of title 18, United States Code, provides a **mandatory term of imprisonment**. Accordingly, the guideline sentence for a defendant convicted under 18 U.S.C. § 1028A is the term required by that statute. Except as provided in subdivision (B), 18 U.S.C. § 1028A also requires a **term of imprisonment** imposed under this section to run consecutively to any other term of imprisonment." (Emphasis added). It is clear that both the statute and Guideline require imprisonment. Additionally, as part of Allen's Rule 11(c)(1)(C) plea agreement, she agreed to

serve 24 months plus one day in prison. (DN 83, p. 7). Allen is simply ineligible for an alternative sentence. Allen fails to cite any authority that would allow this Court to sentence her to home incarceration. The United States has no objection to the PSR and agrees that the PSR's recommended 24 month and one day in prison sentence is the correct disposition.

**Wherefore**, the United States requests that in accordance with her plea agreement, PSR, statute and the United States Sentencing Guidelines, Allen be sentenced to serve 24 months and one day in prison.

    Respectfully submitted,

    RUSSELL M. COLEMAN
    United States Attorney

    s/Joseph Ansari
    Joseph Ansari
    Lettricea Jefferson-Webb
    Assistant U.S. Attorneys
    717 West Broadway
    Louisville, Kentucky 40202
    PH: (502) 582-6253
    FAX: (502) 582-5067

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to opposing counsel.

    *s/ Joseph Ansari*
    Joseph Ansari
    Assistant U.S. Attorney